IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SUSAN G. MARTIN )
)
v. ) No. 3:14-0209
)
CAROLYN W. COLVIN, )

O R D E R

Presently pending before the Court is the motion to dismiss (Docket Entry No. 24) filed by the Defendants in this action.

The Plaintiff shall have until June 2, 2014, to respond to the motion to dismiss. The Plaintiff is advised that failure to timely file a response may result in a Recommendation to the District Judge that this action be dismissed.

It is so ORDERED.

                                                            JULIET GRIFFIN
                                                            United States Magistrate Judge