IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SUSAN G. MARTIN )
)
v. ) NO. 3:14-0209
)
CAROLYN W. COLVIN, et al. )

**O R D E R**

The motion (Docket Entry No. 32) of the Defendants to file a reply to the Plaintiff's response in opposition to their motion for summary judgment is GRANTED. The Clerk shall file the proposed reply (Docket Entry No. 32-1) as the Defendants' reply.

No sur-reply from the Plaintiff shall be permitted.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge