UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN G. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:14-cv-0209 |
| v. | ) Judge Sharp |
| | ) |
| CAROLYN W. COLVIN, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 40), recommending that the Motion to Dismiss for Lack of Jurisdiction (Docket No. 24) filed by Defendants Carolyn W. Colvin, Acting Commissioner of Social Security, and Eric J. Holder, Jr., Attorney General of the United States, be granted. No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 40) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket No. 24) is hereby GRANTED.

1

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE